### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DONYA GARRETT                                                          PLAINTIFF

vs.                      CASE NO. 4:06cr00864 JMM

BELINDA LaFORCE, et al                              DEFENDANTS

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled September 4, 2007, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are deemed moot.

IT IS SO ORDERED this 11th day of June, 2007.

                                                                      _/s/ James M. Moody_
                                                                      UNITED STATES DISTRICT JUDGE